**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Brian Curtis Mack, Appellant.

Appellate Case No. 2013-001726

Appeal From Lexington County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2015-UP-449
Submitted May 1, 2015 – Filed September 2, 2015

**AFFIRMED**

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Mary Williams Leddon, both of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authority: *State v. McKinney*, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982)

(holding the failure to object to the involuntary or unknowing nature of a guilty plea precludes consideration of the issue on appeal).

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.